IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Travis Mandell Kemp, *a/k/a Travis Kemp*, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 8:09-cv-2671-TLW-BHH |
| Travis Anderson; Erick Lewis; Jeromia Atkins; Nicholaus B. Futch; B. Lee Miller, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# **ORDER**

The plaintiff, Travis Mandell Kemp ("plaintiff"), filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Bruce H. Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #16). On January 7, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that this Court summarily dismiss this action without prejudice and without issuance and service of process. (Doc. #16). The defendant filed no objections to the report. Objections were due on January 25, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #16). For the reasons articulated by the Magistrate Judge, this lawsuit is hereby **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

                                                      s/Terry L. Wooten
                                            United States District Judge

February 19, 2010
Florence, South Carolina